UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | | |
|---|---|---|
| DARREN R. SHEPPARD,<br>an individual, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| DIVERSE FUNDING ASSOCIATES, LLC,<br>a Delaware limited liability company, and<br>MNS & ASSOCIATES, LLC,<br>a New York limited liability company, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT FOR VIOLATIONS OF THE FDCPA

1.     This action arises from Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

### *JURISDICTION AND VENUE*

2.     This Court has jurisdiction under 28 U.S.C. §1331. This action involves a question of federal law. Plaintiff has a private right of action and may recover damages pursuant to 15 U.S.C. § 1692 *et seq.* Venue in this District is proper because a substantial part of the events or omissions giving rise to this claim occurred in this District, and Defendants conduct business here.

## PARTIES

3.     Plaintiff, Darren R. Sheppard ("Plaintiff"), is a natural person, who at all times relevant herein was a resident of Sarasota County, Florida.

4.     Plaintiff, as claimed by the Defendants herein, is allegedly obligated to pay a debt and is therefore a consumer within the meaning of 15 U.S.C. §1692a(3).

5.     Defendant, Diverse Funding Associates, LLC ("Diverse Funding"), is a Delaware limited liability company whose principal office is located at 352 Sonwil Drive, Cheektowaga, NY 14225[1], and whose registered agent for service of process in the State of Florida is NRAI Services, Inc., 1200 South Pine Island Road, Plantation, FL 33324.

6.     Defendant, MNS & Associates, LLC ("MNS") is a New York limited liability company whose principal office is located at 3960 Harlem Rd., Ste. 14, Amherst, NY 14226, and receives service of process at that location.

7.     Diverse Funding is in the business of purchasing defaulted consumer debts, then attempting to collect those debts through various means of interstate commerce including, but not limited to, mail and telephone.

---

[1] According to the New York State Division of Corporations, the address at which the Department of State will mail process if accepted on behalf of Diverse Funding Associates, LLC is 3960 Harlem Rd., Ste. 6, Amherst, NY 14226, the same building as Defendant MNS & Associates.

8.    Diverse funding is a debt collector within the meaning of 15 U.S.C. § 1692a(6) and is registered as a consumer collection agency in the State of Florida.

9.    MNS is in the business of collecting defaulted consumer debt through various means of interstate commerce including, but not limited to, mail and telephone.

10.    MNS is a debt collector within the meaning of 15 U.S.C. § 1692a(6).

### FACTUAL ALLEGATIONS

11.    At some point in time, Plaintiff allegedly incurred a debt to Wells Fargo Financial Bank ("Wells Fargo Account"). At this time, Plaintiff takes no position with respect to the validity of Defendants' claim to enforce the debt.

12.    The alleged debt arises from one or more transactions the subject of which involved the purchase of personal and/or household goods and services. The alleged debt is therefore a debt within the meaning of 15 U.S.C. § 1692a(5).

13.    Diverse Funding claims to be the current owner of the Wells Fargo Account, having allegedly purchased it from First Financial Asset Management in September of 2013. (Exhibit 1).

14.    Diverse Funding assigned the file number 50156795 to the Wells Fargo Account. (Exhibit 1).

15.    Diverse Funding subsequently placed the Wells Fargo Account with MNS for purposes of collection. (Exhibit 1).

16.     Consistent with MNS's debt collection efforts, MNS made a series of telephone calls to the Plaintiff. It is the substance of those telephone calls which form the basis of this complaint.

17.     From time to time, MNS, when telephoning the Plaintiff, identified itself as a fictional entity, *Asset Verification Services*.

18.     At no time did MNS identify itself as a debt collector.

19.     The telephone calls, regardless whether identified as coming from MNS or the fictional entity, *Asset Verification Services,* generally contained the same cryptic, threatening language:

> *"We have a demand notice for federal law document that needs to be signed by you …"*

> *"We need you to pay us for a Wells Fargo debt …"*

> *"We can't hold this file from being submitted back to Asset Services to have federal filing demand notice sent to you …"*

> *"Today will be the final day that this file will be in our office, Mr. Sheppard, and from that point you will begin the process of receiving your required demand notice per federal law …"*

> *"This file will be going back to Asset Verification Services at 5 o'clock eastern standard time …"*

> *"This is the final day that this file will be in my hands. From this day and forward the required demand notice per federal law is going back to Asset Verification Services and your scheduling process is going to begin …"*

> *"You do have to get back with me to secure this arrangement and make sure the required demand notice per federal law is not scheduled for delivery …"*

4

*"I was forwarded documentation today that verifies your name and social security number in regard to a pending litigation matter ..."*

*"Please be advised that I have a request [inaudible] you sign and respond to this required demand notice per federal law referencing a possible appearance date ..."*

*"Please be advised I still have the request for you to sign and respond to this required demand notice per federal law which again requires your presence and signature at one or both of the addresses on file ..."*

*"Since I haven't heard differently from the issuing party the scheduling process will begin today. You do still have the opportunity to contact the issuing party for a retraction notice ..."*

*"Reference your claim number 50156795. Otherwise failure to contact the issuing party will force the delivery of these documents through an independent service in local service in your county and may result in them making further determinations pursuant to all [inaudible] state and federal laws. You have been officially notified for the final time ..."*

20.    The foregoing excerpts are representative of the telephone calls and messages from MNS and are intended to convey to the recipient the threat of immediate legal action for failure to sign and respond to some cryptic *required demand notice per federal law.*

21.    Diverse Funding, working in conjunction with MNS, devised, orchestrated and carried out the *required demand notice* ruse, the thinly veiled threats of imminent legal action, and invented the phony entity, *Asset Verification Services.*

5

22.     The standard for evaluating violations of the FDCPA is not whether the individual plaintiff was confused or deceived but whether "the least sophisticated consumer would be confused or deceived by Defendant's actions. *Jeter v. Credit Bureau*, 760 F.2d 1168, 1172-78 (11th Cir. 1985).

23.     At no time during the aforementioned communications did MNS identify itself as a debt collector.

24.     At no time has Plaintiff received written notice from Defendants advising him of his right to dispute the validity of the debt.

25.     At all times relevant herein, MNS, a debt collector, was acting on behalf, and for the benefit of, Diverse Funding, also a debt collector.

### COUNT I - VIOLATIONS OF 15 U.S.C. § 1692e

26.     Plaintiff re-alleges the foregoing paragraphs as if fully set forth herein.

27.     A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt.

28.     The Defendants violated § 1692e(2)(A) by falsely representing that the alleged debt at issue was one which required that he sign and respond to a required demand notice per federal law which requires his presence and signature at one or both of the addresses on file.

29.     The Defendants violated § 1692e(5) by threatening to take an action that cannot legally be taken or that is not intended to be taken.

30.     The Defendants violated § 1692e(10) by making false representations and engaging in deceptive means in an attempt to collect a debt including, but not limited to, Defendants' phony federal law demand notice scheme.

31.     The Defendants violated § 1692e(11) by failing to advise, in its communications with Plaintiff, that MNS was a debt collector.

32.     The Defendants violated § 1692e(13) by falsely implying the documents in Defendants' possession were legal process, the delivery of which was to be accomplished through an independent service in local service in your county.

33.     The Defendants violated § 1692e(14) by falsely communicating with Plaintiff under the auspices of the non-existent entity, Asset Verification Services.

34.     Any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person for statutory damages of up to $1,000. 15 U.S.C. § 1692k.

## COUNT I - VIOLATIONS OF 15 U.S.C. § 1692e

35.     Plaintiff re-alleges the foregoing paragraphs as if fully set forth herein.

36.     The Defendants violated § 1692g(a) by failing, within five days after the initial communication, to send Plaintiff a written notice containing the five enumerated statements in § 1692g(a)(1-5).

37.     Any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person for statutory damages of up to $1,000. 15 U.S.C. § 1692k.

WHEREFORE, Plaintiff Darren R. Sheppard requests that this Court enter judgment in his favor and against Defendants Diverse Funding, LLC and MNS & Associates, LLC, jointly and severally, for:

> a. Statutory damages pursuant to 15 U.S.C. §1692k;
>
> b. Attorney's fees, litigation expenses and costs of the instant suit; and
>
> c. Such other or further relief as the Court deems proper.

### *JURY DEMAND*

Plaintiff demands a trial by jury.

Dated: March 26, 2014.

Respectfully submitted,

**SCOTT D. OWENS, ESQ.**
*Attorney for Plaintiff*
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
(954) 589-0588 Phone
(954) 337-0666 Fax
Florida Bar No. 0597651

scott@scottdowens.com

By: s/ *Scott D. Owens*
    Scott D. Owens, Esq.



# Diverse Funding Associates LLC

352 Sonwil Dr.
Buffalo, NY 14215
PH: (716)901-0748    FAX: (716)901-0754

DARREN SHEPPARD
2357 Tamiami Trl S
Venice, FL 34293

Original ID#: 1255659
Originator: Wells Fargo Financial Bank
Notice Date: 3/11/2014
File Number:  50156795
Total Balance with Interest: $5519.36

Dear DARREN SHEPPARD:

Please be advised that Diverse Funding Associates LLC is the current owner of the above mentioned account, it was purchased from First Financial Asset Management in September of 2013. Diverse Funding Associates, LLC has placed this account with MSW/MNS & Associates for recovery purposes.

Diverse Funding Associates, LLC.

